

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

12-17-2007

# In Re: Jarvis

Precedential or Non-Precedential: Non-Precedential

Docket No. 07-4270

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

## Recommended Citation

"In Re: Jarvis " (2007). *2007 Decisions.* Paper 52.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/52

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 07-4270
_____

IN RE: KITSON B. JARVIS,

                                        Petitioner

_____

On a Petition for Writ of Mandamus from the
District Court of the Virgin Islands
(Related to Civ. No. 06-cv-00031)

_____

Submitted Pursuant to Rule 21, Fed. R. App. P.
November 16, 2007
Before:   SCIRICA, Chief Judge, WEIS and GARTH, Circuit Judges
(Filed December 17, 2007)
_____

OPINION
_____

PER CURIAM.

On February 22, 2006, pro se petitioner, Kitson B. Jarvis, filed a petition for writ

of habeas corpus in the District Court of the Virgin Islands.  Three months later, Jarvis

filed a motion for an order to show cause why relief should not be granted.  On November

7, 2007, when over a year had gone by without any action in his case, Jarvis filed the

present petition for writ of mandamus seeking to compel the District Court to rule upon

his petition.

By order entered December 11, 2007, the District Court entered an order

1

dismissing Jarvis's habeas petition for lack of jurisdiction.  Because Jarvis has now received the relief he sought in filing his mandamus petition—namely, a ruling on his habeas corpus petition—we will deny his mandamus petition as moot.